00–672.   State ex rel. Goldstein v. Indus. Comm.
Franklin App. No. 99AP–467. This cause is pending before the court as an appeal from the Court of

Appeals for Franklin County. Upon consideration of the application for dismissal by appellant, Hills Department Stores,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted. The appeal of the Industrial Commission of Ohio remains pending.